# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

MAURICE COOPER,                    *
                                   *
              Petitioner,          *            CIVIL ACTION NO.: 2:21-cv-53
                                   *
    v.                             *
                                   *
WARDEN KARL FORT,                  *
                                   *
              Respondent.          *

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 5.  Petitioner Maurice Cooper ("Cooper") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** **without prejudice** Cooper's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus for failure to follow this Court's Order, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Cooper *in forma pauperis*

AO 72A
(Rev. 8/82)

status on appeal and a Certificate of Appealability.

     **SO ORDERED**, this _____ day of _____, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2